IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CLAUDE A. PERKINS,**

    Plaintiff,

v.                                                    Civil Action No. **3:21CV616**

**SGT. WINDSOR,** *et al.,*

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on October 13, 2021, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he moved or if he was released. By Memorandum Order entered on December 23, 2021, the Court filed the action. On February 15, 2022, the United States Postal Service returned the December 23, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                              /s/
                                                      M. Hannah Lauck
                                                      United States District Judge

Date: 3-23-22
Richmond, Virginia